# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

QUAYSHAWN SLOAN,

          Petitioner

          v.

SUPERINTENDENT LAUREL HARRY,
SUPERINTENDENT ASSISTANT TONYA
HEIST, UNIT MANAGER TIM HORNUNG,
COUNSELOR THEODORE NUGIN,
LIBRARIAN ALEXANDRA HAUBRICK,

          Respondents

:  No. 11 WM 2021
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of April, 2021, the Application for Leave to File Original Process is GRANTED, the Petition for Writ of Mandamus is DENIED, and the "Application for Relief to File an Untimely Answer" is DISMISSED AS MOOT.